September 26, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

**DANIEL DROR II, INDIVIDUALLY AND TRUSTEE OF THE DANIEL DROR II TRUST OF 1998 AND DANIEL DROR, Appellants**

NO. 14-12-00322-CV                                V.

**DANIEL MUSHIN, Appellee**

_____

This court today heard the motion for rehearing filed by Appellants. We order that the motion be **OVERRULED**, this court's former judgment of July 23, 2013, be vacated, set aside, and annulled, and this court's Memorandum Opinion of July 23, 2013 be withdrawn.

This cause, an appeal from the judgment in favor of appellee, Daniel Mushin, signed January 30, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Daniel Dror II, Individually and Trustee of the Daniel Dror II Trust of 1998 and Daniel Dror, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.